NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WENDELL DOUGLAS MICKLER,    )
    )
      Appellant,    )
    )
v.    )    Case No. 2D17-3117
    )
STATE OF FLORIDA,    )
    )
      Appellee.    )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KELLY and SALARIO, JJ., Concur.